NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

REGINA WOODWARD and MARY )
THERESA CONTINO, )
)
Petitioners, )
)
v. )          Case No. 2D18-967
)
JOANNE A. COWAN, individually and )
as Personal Representative of the Estate )
of Aloysius O'Connell, STEPHEN F. )
COWAN, MICHAEL COWAN and )
CHRISTOPHER COWAN, )
)
Respondents. )
_____ )

Opinion filed November 14, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Sarasota County; Danielle
Brewer, Acting Circuit Judge.

Gregg Horowitz, Sarasota, for Petitioners.

Susan J. Silverman, Sarasota, for
Respondents.


PER CURIAM.


        Dismissed.


LaROSE, C.J., and VILLANTI and LUCAS, JJ., Concur.